IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| KATIE JONES and <br> MIRANDA WELDON, <br>     Plaintiff, <br> <br> v. <br> <br> BREMEN-BOWDON <br> INVESTMENT COMPANY, <br> <br>     Defendant. | * <br> * <br> * <br> * <br> *   CIVIL ACTION FILE NO. <br> *   3:11-CV-00168-TCB-LTW <br> * <br> * <br> * <br> * |

**NOTICE OF ATTORNEY'S INTENT
TO REQUEST PERMISSION TO WITHDRAW**

TO:   Miranda Weldon
        210 Matthews Avenue
        Apt. 103
        Carrollton, Georgia 30117

You are hereby notified as follows:

1.

Stacy Barnett, Esq. wishes and intends to withdraw as your attorney of record in the above-styled action.

2.

The United States District Court for the Northern District of Georgia, Newnan Division, retains jurisdiction of the action.

1

3.

You have the burden of keeping the Court informed respecting where notices, pleadings or other papers may be served upon you.

4.

You have the obligation to prepare for trial or hire other counsel to prepare when the trial date is set.

5.

If you fail or refuse to meet the above burdens, you may suffer adverse consequences.

6.

Trial date has not been set. The holding of trial will not be delayed, postponed, or otherwise affected by withdrawal of the undersigned.

7.

Service of notices may be made upon you at your last known address:

*210 Matthews Avenue*
*Apt. 103*
*Carrollton, Georgia 30117*

8.

Specifically, your case is now in the United States District Court for the Northern District of Georgia, Newnan Division. The address is 18 Greenville

Street Newnan, Georgia 30263 and the clerk is James N. Hatten. The telephone number is 678.423.3060.

9.

You have fourteen (14) days to object to my withdrawal from the above-styled case.

10.

It is your responsibility to notify the Clerk of Court within twenty (20) days of this withdrawal, or before any further proceedings are had in the action before the court, of your new attorney's name, address and current telephone number. If your decision is to appear *pro se*, the Clerk of Court must be informed of this decision. Failure to comply shall constitute a default by you.

July 5, 2012

THE BARNETT LAW FIRM, P.C.

S/Stacy Barnett
Stacy Barnett, Esq.
Georgia Bar No. 039253
Attorney for Plaintiff
THE BARNETT LAW FIRM, P.C.
321 East Main Street
Canton, Georgia 30114
770.720.9522 Office
770.720.1770 Facsimile


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| KATIE JONES and<br>MIRANDA WELDON,<br>    Plaintiff,<br><br>v.<br><br>BREMEN-BOWDON<br>INVESTMENT COMPANY,<br><br>    Defendant. | *<br>*<br>*<br>*<br>*   CIVIL ACTION FILE NO.<br>*   3:11-CV-00168-TCB-LTW<br>*<br>*<br>*<br>* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to:

Benton J. Mathis, Jr., Esq.
Martin B. Heller, Esq.
Anthon M. Del Rio, Esq.
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339

And,

I hereby certify that a copy of the foregoing was sent via First Class United States mail, with properly affixed and sufficient postage thereon, to:

4

Miranda Weldon
210 Matthews Avenue
Apt. 103
Carrollton, Georgia 30117

<u>S/Stacy Barnett</u>
Georgia Bar No. 039253
THE BARNETT LAW FIRM, P.C.
321 East Main Street
Canton, Georgia 30114
770.720.9522 Office
770.720.1770 Facsimile
barnettlawfirmpc.com